IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRUZ GARCIA, et al.,

    Plaintiffs,

v.                                                              CV No. 20-713 JHR/CG

MARK W. PERRY, et al.,

    Defendants.

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO ANSWER

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing's Deadline to Respond to Complaint* (the "Motion"), (Doc. 4), filed July 21, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant NewRez LLC's response to Plaintiff's Complaint is due August 24, 2020.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE