**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

GRUZ GARCIA and
PASQUAL BAYLON,

      Plaintiffs,

v.                                                                               CV No. 20-713 JHR/CG

MARK W. PERRY and
SHELLPOINT MORTAGE
SERVICING, a foreign corporation,

      Defendants.

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing's Deadline to Respond to Complaint* (the "Motion"), (Doc. 6), filed August 20, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**. Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing's response to the Complaint is now due on **September 8, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE