IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRUZ GARCIA, et al.,

       Petitioner,

v.                                              CV No. 20-713 JHR/CG

MARK W. PERRY, et al.,

       Respondent.

## ORDER GRANTING EXTENSION OF TIME

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Plaintiff's Deadline to Respond to Defendant's Motion to Dismiss* (the "Motion"), (Doc. 11), filed September 17, 2020. In the Motion, the parties ask for a fifteen-day extension of time for Plaintiffs to respond to Defendant Shellpoint Mortgage Servicing's *Motion to Dismiss for Failure to State a Claim*, (Doc. 8). The Court, having reviewed the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' responses to Defendant Shellpoint Mortgage Servicing's *Motion to Dismiss for Failure to State a Claim*, (Doc. 8), are due on or before **October 7, 2020**.

**IT IS SO ORDERED**.

                                            THE HONORABLE CARMEN E. GARZA
                                            UNITED STATES MAGISTRATE JUDGE