**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CRUZ GARCIA, et al.,

       Petitioner,

v.                                                    CV No. 20-713 KWR/CG

MARK W. PERRY, et al.,

       Respondent.

## ORDER VACATING TELEPHONIC RULE 16 SCHEDULING CONFERENCE AND INITIAL SCHEDULING ORDER

       **THIS MATTER** is before the Court on the parties' *Joint Motion to Continue Deadlines* (the "Motion"), (Doc. 17), filed October 13, 2020. In the Motion, the parties indicate they are in the process of negotiating a settlement in this matter, and thus ask for a thirty-day extension of time to exchange initial disclosures and to conduct the Initial Scheduling Conference. *Id.* The Court, having reviewed the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

       **IT IS THEREFORE ORDERED** that the Telephonic Rule 16 Scheduling Conference, set for **October 14, 2020**, is hereby **VACATED**.

       **IT IS FURTHER ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 10), and all accompanying deadlines, are **VACATED**. The Court will reset the Rule 16 Scheduling Conference and enter a new *Initial Scheduling Order*.

       **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE