IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **CRUZ GARCIA and** § <br> **PASQUAL BAYLON,** § <br> § <br> *Plaintiff,* § <br> § <br> v. §    NO. 1:20-cv-00713-KWR-CG <br> § <br> **MARK W. PERRY and** § <br> **SHELLPOINT MORTGAGE** § <br> **SERVICING, a foreign corporation** § <br> § <br> *Defendants.* § | |

## ORDER GRANTING DISMISSAL

**THIS MATTER** came before the Court upon the Parties' Joint Notice of Dismissal. The Court, having reviewed the Notice, hereby **ACKNOWLEDGES** and **GRANTS** the Notice, and **ORDERS** as follows:

1. The Notice is hereby **GRANTED** in all respects.

2. Plaintiffs Cruz Garcia and Pasqual Baylon's claims, as they pertain to Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), are hereby **DISMISSED WITH PREJUDICE.**

3. Plaintiffs Cruz Garcia and Pasqual Baylon's claims, as they pertain to Defendant Mark W. Perry, are hereby **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED**, THIS **20TH** DAY OF **NOVEMBER 2020.**

*/s/ Kea W. Riggs*
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

**APPROVED:**

By: */s/ Gabriella E. Alonso*
**GABRIELLA E. ALONSO**
galonso@bradley.com
Bradley Arant Boult Cummings, LLP
600 Travis Street, Suite 4800
Houston, Texas 77002
(713) 576-0300 Telephone
(713) 576-0301 Telecopier

**ATTORNEY FOR DEFENDANT
NEWREZ LLC D/B/A SHELLPOINT
MORTGAGE SERVICING**

And

By: */s/ Brandt Thrower*
**BRANDT THROWER**
brandtthrowerlaw@gmail.com
Brandt Thrower Law Firm, P.C.
412 Arrington
Farmington, New Mexico 871401

**ATTORNEY FOR PLAINTIFFS
CRUZ GARCIA AND PASQUAL BAYLON**